1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   MONIQUE C. WINKLER (213031)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  shawnw@lerachlaw.com
   moniquew@lerachlaw.com
6          – and –
   TRAVIS E. DOWNS III (148274)
7  BENNY C. GOODMAN III (211302)
   655 West Broadway, Suite 1900
8  San Diego, CA  92101
   Telephone: 619/231-1058
9  619/231-7423 (fax)
   travisd@lerachlaw.com
10 bennyg@lerachlaw.com

11 [Proposed] Co-Lead Counsel for Plaintiffs

12 [Additional counsel appear on signature page.]

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | THE EDWARD J. GOODMAN LIFE INCOME TRUST, Derivatively on Behalf of NVIDIA CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  No. C-06-06110-SBA  STIPULATION AND ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND ESTABLISHING BRIEFING SCHEDULE |
| 16 | | | |
| 17 | Plaintiff, | | |
| 18 | vs. | | |
| 19 | JEN-HSUN HUANG, et al., | | |
| 20 | Defendants, | | |
| 21 | – and – | | |
| 22 | NVIDIA CORPORATION, a Delaware corporation, | | |
| 23 | Nominal Defendant. | | |

[Caption continued on following page.]

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | HYUN JA PARK, Derivatively on Behalf of NVIDIA CORPORATION, ) | No. C-06-06544-SBA |
| 3 | Plaintiff, ) | |
| 4 | vs. ) | |
| 5 | JEN-HSUN HUANG, et al., ) | |
| 6 | Defendants, ) | |
| 7 | – and – ) | |
| 8 | NVIDIA CORPORATION, a Delaware corporation, ) | |
| 9 | Nominal Defendant. ) | |
| 10 | | |
| 11 | ALASKA ELECTRICAL PENSION FUND, Derivatively on Behalf of NVIDIA CORPORATION, ) | No. C-06-06952-SBA |
| 12 | | |
| 13 | Plaintiff, ) | |
| 14 | vs. ) | |
| 15 | JEN-HSUN HUANG, et al., ) | |
| 16 | Defendants, ) | |
| 17 | – and – ) | |
| 18 | NVIDIA CORPORATION, a Delaware corporation, ) | |
| 19 | Nominal Defendant. ) | |
| 20 | | |
| 21 | [Caption continued on following page.] | |

| | | |
|---|---|---|
| 1 | PHILLIP MCCARTHY, an Individual, Derivatively on Behalf of NVIDIA CORPORATION, ) ) ) | No. C-06-07035-SBA |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | JEN-HSUN HUANG, et al., ) ) | |
| 6 | Defendants, ) ) | |
| 7 | – and – ) ) | |
| 8 | NVIDIA CORPORATION, a Delaware corporation, ) ) ) | |
| 9 | Nominal Defendant. ) ) | |
| 10 | _____ | |
| 11 | LIUNA STAFF & AFFILIATES PENSION FUND, Derivatively on Behalf of NVIDIA CORPORATION, ) ) ) ) | No. C-06-07061-SBA |
| 12 | ) | |
| 13 | Plaintiff, ) ) | |
| 14 | vs. ) ) | |
| 15 | JEN-HSUN HUANG, et al., ) ) | |
| 16 | Defendants, ) ) | |
| 17 | – and – ) ) | |
| 18 | NVIDIA CORPORATION, a Delaware corporation, ) ) ) | |
| 19 | Nominal Defendant. ) ) | |
| 20 | _____ | |

| | | |
|---|---|---|
| 1 | ROBERT MARKEWICH, In The Right Of And For The Benefit Of NVIDIA CORPORATION, ) ) ) | No. C-06-07416-SBA |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | JEN-HSUN HUANG, et al., ) ) | |
| 6 | Defendants, ) ) | |
| 7 | – and – ) ) | |
| 8 | NVIDIA CORPORATION, ) ) | |
| 9 | Nominal Defendant. ) ) | |

1  WHEREAS, there are currently six derivative actions pending in this District filed by
2 NVIDIA Corporation ("NVIDIA" or the "Company") shareholders on behalf of the Company
3 arising out of the same transactions and occurrences and involving the same or substantially similar
4 issues of law and fact, and, therefore, the six actions should be consolidated for all purposes under
5 Fed. R. Civ. P. 42(a):

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Edward J. Goodman Life Income Trust v. Huang, et al.* | C-06-06110-SBA | September 29, 2006 |
| *Park v. Huang, et al.* | C-06-06544-SBA | October 19, 2006 |
| *Alaska Electrical Pension Fund v. Huang, et al.* | C-06-06952-SBA | November 7, 2006 |
| *McCarthy v. Huang, et al.* | C-06-07035-SBA | November 13, 2006 |
| *LIUNA Staff & Affiliates Pension Fund v. Huang, et al.* | C-06-07061-SBA | November 14, 2006 |
| *Markewich v. Huang, et al.* | C-06-07416-SBA | December 4, 2006 |

WHEREAS, on December 7, 2006 LIUNA Staff & Affiliates Pension Fund ("LIUNA") filed a Memorandum of Points and Authorities in Support of the Motion of LIUNA Staff & Affiliates Pension Fund for Consolidation of Related Cases, Appointment as Lead Derivative Plaintiff, Appointment of Barrack, Rodos & Bacine [("Barrack Rodos")] as Interim Lead Derivative Counsel;

WHEREAS, on December 8, 2006, Edward J. Goodman Life Income Trust filed a Memorandum of Points and Authorities in Support of the Motion of the Edward J. Goodman Life Income Trust to Consolidate Related Actions, for Appointment as Lead Plaintiff and for Appointment of Co-Lead Counsel, selecting Berman, DeValerio, Pease, Tabacco, Burt & Pucillo and Kohn, Swift & Graf, P.C. as Co-Lead Counsel;

WHEREAS, on December 15, 2006, Alaska Electrical Pension Fund ("Alaska Electrical") filed a Notice of Motion and Motion to Consolidate, to Appoint Alaska Electrical Pension Fund as Lead Plaintiff and Appoint Lerach Coughlin Stoia Geller Rudman & Robbins LLP [("Lerach Coughlin")] as Lead Counsel;

WHEREAS, after meeting and conferring, all lead plaintiff movants agree that Alaska Electrical and LIUNA should be appointed lead plaintiffs and Lerach Coughlin and Barrack Rodos should be appointed co-lead counsel;

WHEREAS, nominal defendants NVIDIA and the individual defendants have no objection to the appointment of Alaska Electrical and LIUNA as lead plaintiffs and Lerach Coughlin and Barrack Rodos as co-lead counsel;

WHEREAS, on February 28, 2007, Alaska Electrical and LIUNA, in their agreed-upon capacity as lead plaintiffs, filed the Consolidated Verified Shareholders Derivative Complaint ("Consolidated Complaint");

WHEREAS, nominal defendant NVIDIA and all individual defendants intend to file motions to dismiss the Consolidated Complaint; and

WHEREAS, all parties agree that, given the complexity and importance of the issues, an extended briefing schedule on defendants' motions is appropriate;

THEREFORE, IT IS STIPULATED AND AGREED by lead plaintiff movants and defendants, through their respective counsel of record, as follows:

I.     **CONSOLIDATION OF ACTIONS**

1.     The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

2.     The caption of these consolidated actions shall be "*In re NVIDIA Corp. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-06110-SBA.  Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3.     Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

| | |
|---|---|
| In re NVIDIA CORP. DERIVATIVE LITIGATION )<br><br>This Document Relates To: )<br><br>    ALL ACTIONS. )<br>) ) ) ) ) | Master File No. C-06-06110-SBA |

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-06952-SBA, *Alaska Electrical Pension Fund v. Huang, et al.*").

5. A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6. When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8. When a case which properly belongs as part of *In re NVIDIA Corp. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Armstrong, the clerk of this Court shall:

        (a)      Place a copy of this Order in the separate file for such action;

        (b)      Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

        (c)      Make an appropriate entry on the Master Docket.  This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re NVIDIA Corp. Derivative Litigation*.

## II.    APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL

9.     Plaintiffs Alaska Electrical and LIUNA shall be appointed lead plaintiffs.

10.    The law firms of Lerach Coughlin and Barrack Rodos shall be appointed co-lead counsel for plaintiffs in the consolidated NVIDIA shareholder derivative actions.

11.    Co-lead counsel shall be responsible for the overall supervision and conduct of the consolidated actions on behalf of all plaintiffs and shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12.    Co-lead counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.  No motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except through co-lead counsel.

13.    Co-lead counsel also shall be available and responsible for communications to and from this Court.  Co-lead counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

14.    Defendants' counsel may rely upon all agreements made with co-lead counsel, or other duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

## III.   BRIEFING SCHEDULE

1. Nominal defendant NVIDIA and the individual defendants shall file their motions to dismiss on or before May 15, 2007.

2. Lead plaintiffs shall file their opposition brief(s) on or before July 2, 2007.

3. Nominal defendant NVIDIA and the individual defendants shall file their reply brief(s) on or before July 23, 2007.

4. A hearing on the motions to dismiss will occur on a date thereafter convenient to the Court.

IT IS SO STIPULATED.

DATED: April 3, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER

            /s/
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

Counsel for Alaska Electrical Pension Fund and [Proposed] Co-Lead Counsel for Plaintiffs

1  *I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Cases for all Purposes, Appointing Lead Plaintiff and Lead Counsel and Setting Briefing Schedule.  In compliance with General Order 45, X.B., I hereby attest that Christopher T. Heffelfinger  has concurred in this filing.*

DATED:  April 3, 2007         BERMAN DeVALERIO PEASE TABACCO
                                 BURT & PUCILLO
                              CHRISTOPHER T. HEFFELFINGER

                                          /s/
                              ───────────────────────────────
                              CHRISTOPHER T. HEFFELFINGER

                              425 California Street, Suite 2025
                              San Francisco, CA  94104
                              Telephone:  415/433-3200
                              415/433-6382 (fax)

                              Counsel for Plaintiff Edward J. Goodman Life Income Trust

*I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Cases for all Purposes, Appointing Lead Plaintiff and Lead Counsel and Setting Briefing Schedule.  In compliance with General Order 45, X.B., I hereby attest that Denis F. Sheils has concurred in this filing.*

DATED:  April 3, 2007         KOHN SWIFT & GRAF, P.C.
                              DENIS F. SHEILS

                                          /s/
                              ───────────────────────────────
                              DENIS F. SHEILS

                              One South Broad Street, Suite 2100
                              Philadelphia, PA  19107-3389
                              Telephone:  215/238-1700
                              215/238-1968 (fax)

                              Counsel for Plaintiff Edward J. Goodman Life Income Trust

*I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Cases for all Purposes, Appointing Lead Plaintiff and Lead Counsel and Setting Briefing Schedule.  In compliance with General Order 45, X.B., I hereby attest that Stephen R. Basser has concurred in this filing.*

DATED:  April 3, 2007         BARRACK, RODOS & BACINE
                              STEPHEN R. BASSER
                              JOHN L. HAEUSSLER

                                          /s/
                              ───────────────────────────────
                              STEPHEN R. BASSER

STIP AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES,
APPOINTING LEAD PLTF & LEAD COUNSEL  - Master File No. C-06-06110-SBA         - 6 -

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)

BARRACK, RODOS & BACINE
DANIEL BACINE
JEFFREY W. GOLAN
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: 215/963-0600
215/963-0838 (fax)

Counsel for Plaintiff LIUNA Staff & Affiliates Pension Fund and [Proposed] Co-Lead Counsel for Plaintiffs

   I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this *Stipulation and [Proposed] Order Consolidating Cases for all Purposes, Appointing Lead Plaintiff and Lead Counsel and Setting Briefing Schedule*. In compliance with General Order 45, X.B., I hereby attest that James N. Kramer has concurred in this filing.

DATED: April 3, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER
MICHAEL D. TORPEY
RICHARD GALLAGHER
JAMES THOMPSON


                    /s/
            JAMES N. KRAMER

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Nominal Defendant NVIDIA Corporation and Defendants Jen-Hsun Huang, Marvin D. Burkett, Chris A. Malachowsky, David M. Shannon, Daniel F. Vivoli, Jeffrey D. Fisher, Steven Chu, Tench Coxe, James C. Gaither, Harvey C. Jones, William J. Miller, Mark L. Perry, A. Brooke Seawell, Curtis R. Priem, Mark L. Steven, and Mary Dotz

STIP AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES,
APPOINTING LEAD PLTF & LEAD COUNSEL  - Master File No. C-06-06110-SBA                                  - 7 -

    I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Cases for all Purposes, Appointing Lead Plaintiff and Lead Counsel and Setting Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Karin Kramer has concurred in this filing.

DATED:  April 3, 2007                          HOWREY LLP
                                               KARIN KRAMER
                                               LEIGH A. KIRMSSE


                                               /s/
                                               KARIN KRAMER

                                               525 Market Street, Suite 3600
                                               San Francisco, CA  94105-2708
                                               Telephone:  415/848-4966
                                               415/848-4999 (fax)

                                               Attorneys for Defendant Christine B. Hoberg

\*     \*     \*

**ORDER**

IT IS SO ORDERED.

DATED: 4/24/07 _____          _/s/ Sandra B. Armstrong_____
                                               THE HONORABLE SAUNDRA B. ARMSTRONG
                                               UNITED STATES DISTRICT JUDGE

T:\CasesSF\NVIDIA\STP00038387-Con.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: ShawnW@lerachlaw.com
